**Craig A. Crispin**, OSB No. 82485
crispin@employmentlaw-nw.com
**Charese A. Rohny,** OSB No. 95396
charese@employmentlaw-nw.com
**Iayesha Smith,** OSB No. 04419
iayesha@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAWYERS**
500 Plaza West, 9600 SW Oak Street
Portland, OR 97223
Telephone: 503.293.5770
Telefax:   503.293.5766
    Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **DEBORAH ROALSEN**, | Civil No. 04-1303-MO |
| Plaintiff, | |
| v. | **DECLARATION OF DEBORAH ROALSEN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE EXHIBITS** |
| **DICK HANNAH DEALERSHIPS, dba HANNAH MOTOR COMPANY,** | |
| Defendant. | |

I, Deborah Roalsen, state and declare, under penalty of perjury, the following:

1.        Attached hereto as Exhibit 1 is a true and correct copy of a letter I wrote to Jennifer Hannah regarding the reduction in my job duties.

Page 1 –   **DECLARATION OF DEBORAH ROALSEN
   IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S
   MOTION TO STRIKE EXHIBITS**

CRISPIN EMPLOYMENT LAWYERS
500 Plaza West, 9600 SW Oak Street
Portland, Oregon 97223-6597
Telephone: 503.293.5770

2. Attached hereto as Exhibit 2 is a true and correct copy of a letter I wrote to the Equal Employment Opportunity Commission on or about March 15, 2004.

3. Attached hereto as Exhibit 3 is a true and correct copy of a letter I wrote to the Equal Employment Opportunity Commission on or about October 11, 2003.

4. On or about April 12, 2004, I received a letter from Jennifer Hannah regarding my request for Family Medical Leave Act time off.

5. On or about March 2004, when I complained to Jennifer Hannah and Jason Hannah regarding ongoing harassment and/or retaliation, Jason Hannah stated, "None of us are going anywhere. Have you considered looking elsewhere for employment?"

<u>(Signature to be filed with the court)</u>
Deborah Roalsen

Page 2 –   **DECLARATION OF DEBORAH ROALSEN**
           **IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S**
           **MOTION TO STRIKE EXHIBITS**

**CRISPIN EMPLOYMENT LAWYERS**
500 Plaza West, 9600 SW Oak Street
Portland, Oregon 97223-6597
Telephone: 503.293.5770